NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BLACKBERRY LIMITED, A CANADIAN CORPORATION,**
*Plaintiff-Appellant*

**v.**

**FACEBOOK, INC., A DELAWARE CORPORATION, WHATSAPP, INC., A DELAWARE CORPORATION, INSTAGRAM, LLC, A DELAWARE LIMITED LIABILITY COMPANY,**
*Defendants-Appellees*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**BLACKBERRY LIMITED, A CANADIAN CORPORATION,**
*Plaintiff-Appellant*

**v.**

**SNAP INC., A DELAWARE CORPORATION,**
*Defendant-Appellee*

---

2020-1256, 2020-1258

---

Appeals from the United States District Court for the Central District of California in Nos. 2:18-cv-01844-GW-KS, 2:18-cv-02693-GW-KS, Judge George H. Wu.

---

## JUDGMENT

---

SANFORD IAN WEISBURST, Quinn Emanuel Urquhart & Sullivan, LLP, New York, NY, argued for plaintiff-appellant.  Also represented by JAMES R. ASPERGER, PUSHKAL MISHRA, PATRICK T. SCHMIDT, Los Angeles, CA; KEVIN P.B. JOHNSON, Redwood Shores, CA; JEFFREY NARDINELLI, San Francisco, CA; RICHARD A. LOWRY, Washington, DC.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, argued for defendants-appellees Facebook, Inc., WhatsApp, Inc., Instagram, LLC.  Also represented by MATTHEW J. BRIGHAM, DENA CHEN, MARK R. WEINSTEIN; ELIZABETH PRELOGAR, Washington, DC.

YAR ROMAN CHAIKOVSKY, Paul Hastings LLP, Palo Alto, CA, argued for defendant-appellee Snap Inc.  Also represented by DAVID OKANO; CHAD PETERMAN, New York, NY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and REYNA, *Circuit Judges*).

## AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

December 10, 2020          /s/ Peter R. Marksteiner
      Date                Peter R. Marksteiner
                          Clerk of Court